IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

PAUL HENYARD, JR                                                        PLAINTIFF
#500642

v.                              No. 3:22-cv-288-DPM

EVAN BUNCH, Police Officer
(Badge #305), Parkin Police
Department and CHRIS PIERCE,
Sheriff Deputy (Badge #217),
Wynne County Sheriff Office                                             DEFENDANTS

## ORDER

Henyard hasn't moved to lift the stay; and the time to do so has passed. *Doc. 3.* His mail is also being returned. *Doc. 6.* The Court therefore lifts the stay to dismiss this case without prejudice. Local Rule 5.5(c)(2). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

30 November 2023