IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

PAUL HENYARD, JR
#500642                                                              PLAINTIFF

v.                          No. 3:22-cv-288-DPM

EVAN BUNCH, Police Officer
(Badge #305), Parkin Police
Department and CHRIS PIERCE,
Sheriff Deputy (Badge #217),
Wynne County Sheriff Office                                          DEFENDANTS

## JUDGMENT

Henyard's complaint is dismissed without prejudice.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

30 November 2023